No. 92–989. TENNESSEE v. MIDDLEBROOKS; and TENNESSEE v. EVANS. Sup. Ct. Tenn. [Certiorari granted, 507 U. S. 1028.] Motion of Appellate Committee of the California District Attorneys' Association for leave to file a brief as *amicus curiae* granted.

No. 92–1012. SIMPSON PAPER (VERMONT) CO. v. DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL. Sup. Ct. Vt. Motion of respondent Vermont to strike the supplement denied.

No. 92–1482. WEISS v. UNITED STATES; and HERNANDEZ v. UNITED STATES. Ct. Mil. App. [Certiorari granted, 508 U. S. 939.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 92–1510. CAVANAUGH, EXECUTIVE DIRECTOR, SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE, AND PARDON SERVICES, ET AL. v. ROLLER. C. A. 4th Cir. [Certiorari granted, 508 U. S. 939.] Motion for appointment of counsel granted, and it is ordered that W. Gaston Fairey, Esq., of Columbia, S. C., be appointed to serve as counsel for respondent in this case.

No. 92–6921. LITEKY ET AL. v. UNITED STATES. C. A. 11th Cir. [Certiorari granted, 508 U. S. 939.] Motion for appointment of counsel granted, and it is ordered that Peter Thompson, Esq., of Minneapolis, Minn., be appointed to serve as counsel for petitioners in this case.

No. 92–7549. SCHIRO v. CLARK, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. [Certiorari granted, 508 U. S. 905.] Motion of petitioner to enlarge the record granted.

No. 92–8643. QURESHI v. ALEXANDRIA HOSPITAL ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 19, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 92–8937. IN RE ZIEGLER. Petition for writ of habeas corpus denied.